FILED

SEP 13 2007

CLERK
NORTHERN

E-FILING

1  SCOTT SCHOOLS
   United States Attorney
2  450 Golden Gate Ave (11ᵗʰ Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

5            UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7                   SAN JOSE DIVISION

8  UNITED STATES OF AMERICA,          )   CRIMINAL NO. CR07-70537 PVT
9         Plaintiff,                   )
10                                     )   NOTICE OF PROCEEDINGS ON
       v.                              )   OUT-OF-DISTRICT CRIMINAL
11  Christopher Francis Lazzaro        )   CHARGES PURSUANT TO RULES
                                       )   5(c)(2) AND (3) OF THE FEDERAL RULES
12                                     )   OF CRIMINAL PROCEDURE
       Defendant.                      )
13                                     )
                                       )
14  _____

15     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
    Procedure that on 9/13/07, the above-named defendant was arrested based upon an
16  arrest warrant (copy attached) issued upon an
17     ☑ Indictment   ☐ Information   ☐ Criminal Complaint   ☐ Other _____
18  pending in the Northern District of Georgia/Atlanta, Case Number 07-CR-274
19     In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code,
20  Section(s) 1343.
21  Description of Charges: Fraud
22
23
                                       Respectfully Submitted,
24                                     SCOTT SCHOOLS
                                       UNITED STATES ATTORNEY
25  Date: 9/13/07
                                       _____
26                                     Assistant U.S. Attorney
27
28

1

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

CHRISTOPHER FRANCIS LAZZARO
(Agent to Arrest)

**WARRANT FOR ARREST**

CASE NO. 1:07-CR-274

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest CHRISTOPHER FRANCIS LAZZARO and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

Charging him or her with (brief description of offense): FRAUD

in violation of **Title 18, United States Code, Section(s) 1343**

JAMES N. HATTEN
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

August 15, 2007 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

_____
Signature of Arresting Officer

United States Attorney
Northern District of Georgia

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. ATLANTA

# United States District Court

NORTHERN DISTRICT OF GEORGIA
Atlanta Division

AUG 1 4 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

United States

v.

CHRISTOPHER FRANCIS LAZZARO
Agent to Arrest

No. 1 07-CR-274

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

_____
AARON M. DANZIG
Assistant United States Attorney

Filed In Clerk's Office, this _____

of _____, 2007

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHALL
8/15/07
BY: _____
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/04

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

**FILED IN OPEN COURT**
U.S.D.C ATLANTA

AUG 1 4 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

UNITED STATES OF AMERICA       :
                               :    CRIMINAL INDICTMENT
        v.                     :
                               :    NO.
CHRISTOPHER FRANCIS LAZZARO    :

THE GRAND JURY CHARGES THAT:

**1 07-CR-274**

### COUNT ONE
(Wire Fraud)

1. From on or about September 9, 2005, through and including on or about January 27, 2006, in the Northern District of Georgia and elsewhere, the defendant, CHRISTOPHER FRANCIS LAZZARO, did knowingly and willfully devise and intend to devise a scheme and artifice to defraud persons and to obtain money and property from them by means of materially false and fraudulent pretenses, representations, and promises.

2. It was part of the scheme and artifice to defraud for the defendant to:

    (a) Obtain and utilize other people's identity and financial information such as names, addresses, and credit card numbers without permission and authorization.

    (b) Apply for e-mail accounts hosted by Earthlink, Inc. ("Earthlink"), a company based in the Northern District of Georgia, utilizing identity and financial information obtained from others

without their consent and authorization.

(c) Access, from the State of California, Earthlink's computer servers located in the Northern District of Georgia.

(d) Utilize Earthlink's internet services to send spoofed or fake e-mails ("phishing e-mails") designed to deceive recipients into divulging financial data such as credit card numbers, account usernames, passwords, and social security numbers.

(e) Utilize identity and financial information he received through deceptive means to create debit or ATM cards or other access devices and withdraw funds from those victim's bank accounts.

3. From on or about September 9, 2005, through and including on or about January 2006, in the Northern District of Georgia and elsewhere, the defendant, CHRISTOPHER FRANCIS LAZZARO, for the purpose of executing and attempting to execute the aforesaid scheme and artifice to defraud, did cause to be transmitted in interstate commerce, by means of wire communications, certain signs, signals and sounds, that is, said defendant caused wire communications to be sent from the State of California to Earthlink's computer servers in the State of Georgia, in violation of Title 18, United States Code, Section 1343.

2

## COUNT TWO
### (Identity Fraud)

4.  The Grand Jury realleges the facts alleged in paragraphs 1 through 3 of this Indictment, incorporating the same by reference herein.

5.  From on or about September 9, 2005, through and including on or about January 27, 2006, in the Northern District of Georgia and elsewhere, the defendant, CHRISTOPHER FRANCIS LAZZARO, knowingly used in and affecting interstate commerce and without lawful authority a means of identification of another person with the intent to commit an unlawful activity that constitutes a violation of Federal law, namely, wire fraud, as set forth in Count One of this Indictment, which are incorporated herein by reference, in violation of Title 18, United States Code, Section 1028(a)(7).

## COUNT THREE
### (Spamming)

6.  From on or about September 9, 2005, through and including on or about January 27, 2006, in the Northern District of Georgia and elsewhere, the defendant, CHRISTOPHER FRANCIS LAZZARO, did knowingly and materially falsify header information in multiple commercial electronic mail messages and did knowingly and intentionally initiate the transmission of such messages in furtherance of the scheme to commit wire fraud, as alleged in Count One and incorporated by the Grand Jury herein, in violation of

3

Title 18, United States Code, Sections 1037(a)(3) and (b)(1)(A).

## COUNTS FOUR THROUGH EIGHT
### (Aggravated Identity Theft)

7. On or about the dates set forth below, within the Northern District of Georgia and elsewhere, the defendant, CHRISTOPHER FRANCIS LAZZARO, did knowingly use, without lawful authority, a means of identification of another person, to wit, their name and credit card number as listed below, during and in relation to a violation of 18 U.S.C. § 1343, to wit, wire fraud:

| Count | Date | Victim's Name | Victim's Credit Card Number |
|---|---|---|---|
| 4 | 11/23/05 | R.J. | M.C. xxxxxxxxxxxx8597 |
| 5 | 11/30/05 | R.M. | Visa xxxxxxxxxxxx1085 |
| 6 | 1/23/06 | T.L. | Visa xxxxxxxxxxxx6349 |
| 7 | 12/14/05 | T.N-S. | VISA xxxxxxxxxxxx4157 |
| 8 | 1/21/06 | J.P. | VISA xxxxxxxxxxxx2911 |

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE PROVISION

1. Upon conviction of one or more of the offenses alleged in Counts one, two, or four through eight of this Indictment, the defendant, CHRISTOPHER FRANCIS LAZZARO, shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(2), 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) all property constituting or derived from

4

proceeds he obtained directly or indirectly as a result of the offenses, including, but not limited to a sum of money representing the amount of proceeds obtained as a result of the offense.

2.  Upon conviction of the offense alleged in Count three of this Indictment, the defendant, CHRISTOPHER FRANCIS LAZZARO, shall forfeit to the United States pursuant to 18 U.S.C. § 1037(c), any property, real or personal, constituting or traceable to gross proceeds obtained from such offense and any equipment, software, or other technology used or intended to be used to commit or to facilitate the commission of such offense including, but not limited to, a sum of money representing the amount of proceeds obtained as a result of the offense.

3.  If, as a result of any act or omission of the defendant, any property subject to forfeiture:

   a.  cannot be located upon the exercise of due diligence;
   b.  has been transferred or sold to, or deposited with, a third person;
   c.  has been placed beyond the jurisdiction of the Court;
   d.  has been substantially diminished in value; or
   e.  has been co-mingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant Title 21 United States Code,

5

Section 853(p), as incorporated by Title 18 United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A ___True___ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

_____
AARON M. DANZIG
ASSISTANT UNITED STATES ATTORNEY

75 Spring Street, S.W., Suite 600
Atlanta, GA 30303
Telephone 404/581-6012
Facsimile 404/581-6181
Georgia Bar No. 205151

6