IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

FILED

| UNITED STATES OF AMERICA | : | 08 JAN 14 A 11: 53 |
| --- | --- | --- |
| v. | : | CRIMINAL NO. 1:07-CR-274 |
| CHRISTOPHER FRANCIS LAZZARO | : | RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J. |

Consent to Transfer of Case
for Plea and Sentence

CR 08 00017 JF

(Under Rule 20)

I, CHRISTOPHER FRANCIS LAZZARO, defendant, have been informed that an Indictment is pending against me in the above-designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Northern District of California, San Jose Division, in which I am held (reside), and to waive trial in the above-captioned District.

Dated: 03 January, 2007

CHRISTOPHER FRANCIS LAZZARO

(Witness)

CYNTHIA LIE
COUNSEL FOR DEFENDANT

Approved

| DAVID E. NAHMIAS 12/7/07 United States Attorney Northern District of Georgia | SCOTT N. SCHOOLS STRETCH, Acting U.S. Attorney United States Attorney Northern District of California- San Jose Div. |
| --- | --- |

U.S. Department of Justice

Rule 20 - Transfer Notice

| To: Scott N. Schools<br>United States Attorney | District<br>Northern District of California<br>San Jose Division | Date<br>November 30, 2007 |
|---|---|---|
| Name of Subject<br>CHRISTOPHER FRANCIS LAZZARO | Statute Violated<br>18 U.S.C. § 1028A | File Data *(Initials and Number)* |

## Part A - District of Arrest

The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charged pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.
Docket no. _____

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
Date of Plea          Date of Sentence          Sentence

| From (Signature and Title)<br>Scott N. Schools  BRIAN J. STRETCH<br>United States Attorney  Acting U.S. Attorney | Address<br>U.S. Attorney's Office<br>150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
|---|---|

## Part B - District of Offense

X   I am agreeable to Rule 20 disposition.

☐   I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
*(Kindly notify me of any anticipated delay)*.

X   Enclosed are two certified copies of indictment or information. Docket no. 1:07-CR-274

Please have defendant execute waiver of indictment.

☐   Other *(Specify)*:

| Signature *(Name and Title)*<br>**David E. Nahmias**<br>Assistant U.S. Attorney | District<br>Northern District of Georgia | Date<br>December 7, 2007 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

Replaces OBD-101, Feb. 83 edition may be used

FORM USA-231
NOV. 85