**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
―――――――――
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5363 |

January 23, 2008

**Office of the Clerk-USDC**
**2211 Richard B. Russell Federal Building & Courthouse**
**75 Spring Street, SW**
**Atlanta, GA 30303-3361**

Case Number: CR-08-00017-JF (Your Case# 1:07-CR-274)

Case Title:   US-v-Christopher Francis Lazzaro

Dear Clerk:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, please forward   the following:

    (X)    Certified copy of the docket entries;

    (X)    Certified copy of the Indictment/Information;

    (X)    Certified copy of the Plea agreement

Please acknowledge receipt of the above document on the copy of this letter.

Very truly yours,

RICHARD W. WIEKING, Clerk

by: *Cita F. Escolano*
Case Systems Administrator

(enclosures)

cc: Copies to Counsel of Record
    Courtroom Deputy