# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
CLERK OF COURT

CRIMINAL SECTION
404-215-1615

FILED
FEB 1 1 2008
R. W. WIEKING
U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA
SAN JOSE

February 1, 2008

United States District Court
Northern District of California
Office of the Clerk
280 South First Street
San Jose, CA 95113

CR-08- 00017-JF

RE:   USA v. Christopher Francis Lazzaro
      Criminal Case No. 1:07-cr-274-JTC

Dear Clerk:

Pursuant to Rule 20 proceedings entered into and filed with this Court, please find enclosed the indictment and case file together with a certified copy of our docket sheet and the Rule 20 consent form.

Please acknowledge receipt on the duplicate copy of this letter as provided, indicating your assigned case number.

Sincerely,

James N. Hatten
Clerk of Court

By  /s/ Robin Y. Chambers
    Deputy Clerk

Enclosure
c: AUSA, David E. Nahmias

**E-FILING**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 28 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

FILED
2008 JAN 14 A 11: 53
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

v.

CHRISTOPHER FRANCIS LAZZARO

: CRIMINAL NO. 1:07-CR-274

CR 08 00017 JF

Consent to Transfer of Case
for Plea and Sentence

(Under Rule 20)

I, CHRISTOPHER FRANCIS LAZZARO, defendant, have been informed that an Indictment is pending against me in the above-designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Northern District of California, San Jose Division, in which I am held (reside), and to waive trial in the above-captioned District.

Dated: 03 January, 2007

_____
CHRISTOPHER FRANCIS LAZZARO

_____
(Witness)

_____
CYNTHIA LIE
COUNSEL FOR DEFENDANT

Approved

_____
DAVID E. NAHMIAS
United States Attorney
Northern District of Georgia

_____
SCOTT N. SCHOOLS  STRETCH, Acting U.S. Attorney
United States Attorney
Northern District of California - San Jose Div.

**ATTEST: A TRUE COPY CERTIFIED THIS**
FEB 01 2008
James N. Hatten, Clerk
By: _____ Deputy Clerk

DOCUMENT NO.   CSA's INITIALS
1C             C
               6
DISTRICT COURT
CRIMINAL CASE PROCESSING

U.S. Department of Justice — Case 5:08-cr-00017-JF  Document 13  Filed 02/11/2008 Rule 20 Transfer Notice Page 3 of 19

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 28 2008

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

| To: Scott N. Schools<br>United States Attorney | District<br>Northern District of California<br>San Jose Division | Date<br>November 30, 2007 |
|---|---|---|
| Name of Subject<br>CHRISTOPHER FRANCIS LAZZARO | Statute Violated<br>18 U.S.C. § 1028A | File Data (Initials and Number) |

## Part A - District of Arrest

The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charged pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.
Docket no. _____

☐ Other *(Specify):*

☐ The above-named defendant entered a plea of guilty under Rule 20.
   Date of Plea        Date of Sentence        Sentence

| From (Signature and Title)<br>[signature] BRIAN J. STRETCH<br>Scott N. Schools<br>United States Attorney  Acting U.S. Attorney | Address<br>U.S. Attorney's Office<br>150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
|---|---|

## Part B - District of Offense

X   I am agreeable to Rule 20 disposition.

☐   I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
    *(Kindly notify me of any anticipated delay).*

X   Enclosed are two certified copies of indictment or information. Docket no. 1:07-CR-274

    Please have defendant execute waiver of indictment.

☐   Other *(Specify):*

ATTEST: A TRUE COPY
CERTIFIED THIS

FEB 01 2008

James N. Hatten, Clerk
By: [signature] Deputy Clerk

| Signature *(Name and Title)*<br>**David E. Nahmias**<br>Assistant U.S. Attorney [signature] | District<br>Northern District of Georgia | Date<br>December 4, 2007 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

Replaces OBD-101, Feb. 83 edition may be used

FORM USA-231
NOV. 85

**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

January 23, 2008

**Office of the Clerk-USDC**
**2211 Richard B. Russell Federal Building & Courthouse**
**75 Spring Street, SW**
**Atlanta, GA 30303-3361**

Case Number: CR-08-00017-JF (Your Case# 1:07-CR-274)

Case Title: US-v-Christopher Francis Lazzaro

Dear Clerk:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, please forward the following:

    (X)    Certified copy of the docket entries;

    (X)    Certified copy of the Indictment/Information;

    (X)    Certified copy of the Plea agreement

Please acknowledge receipt of the above document on the copy of this letter.

Very truly yours,

RICHARD W. WIEKING, Clerk

by: _____Cita F. Escalano_____
Case Systems Administrator

(enclosures)

cc: Copies to Counsel of Record
    Courtroom Deputy

o:\mrg\crim\r20.out

Rev 11/95

*[Stamps: RECEIVED IN CLERK'S OFFICE U.S.D.C. Atlanta JAN 28 2008 JAMES N. HATTEN, Clerk By: [signature] Deputy Clerk]*

*[Stamp: FILED IN CLERK'S OFFICE U.S.D.C. Atlanta JAN 28 2008 JAMES N. HATTEN, CLERK By: [signature] Deputy Clerk]*

*[Stamp: ATTEST: A TRUE COPY CERTIFIED THIS FEB 01 2008 James N. Hatten, Clerk By: [signature] Deputy Clerk]*

**ORIGINAL**      FILED IN OPEN COURT
                  U.S.D.C ATLANTA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

AUG 1 4 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. |
| CHRISTOPHER FRANCIS LAZZARO | : | 1 07-CR-274 |

THE GRAND JURY CHARGES THAT:

COUNT ONE
(Wire Fraud)

1.   From on or about September 9, 2005, through and including on or about January 27, 2006, in the Northern District of Georgia and elsewhere, the defendant, CHRISTOPHER FRANCIS LAZZARO, did knowingly and willfully devise and intend to devise a scheme and artifice to defraud persons and to obtain money and property from them by means of materially false and fraudulent pretenses, representations, and promises.

2.   It was part of the scheme and artifice to defraud for the defendant to:

(a)   Obtain and utilize other people's identity and financial information such as names, addresses, and credit card numbers without permission and authorization.

(b)   Apply for e-mail accounts hosted by Earthlink, Inc. ("Earthlink"), a company based in the Northern District of Georgia, utilizing identity and financial information obtained from others

without their consent and authorization.

  (c) Access, from the State of California, Earthlink's computer servers located in the Northern District of Georgia.

  (d) Utilize Earthlink's internet services to send spoofed or fake e-mails ("phishing e-mails") designed to deceive recipients into divulging financial data such as credit card numbers, account usernames, passwords, and social security numbers.

  (e) Utilize identity and financial information he received through deceptive means to create debit or ATM cards or other access devices and withdraw funds from those victim's bank accounts.

  3. From on or about September 9, 2005, through and including on or about January 27, 2006, in the Northern District of Georgia and elsewhere, the defendant, CHRISTOPHER FRANCIS LAZZARO, for the purpose of executing and attempting to execute the aforesaid scheme and artifice to defraud, did cause to be transmitted in interstate commerce, by means of wire communications, certain signs, signals and sounds, that is, said defendant caused wire communications to be sent from the State of California to Earthlink's computer servers in the State of Georgia, in violation of Title 18, United States Code, Section 1343.

## COUNT TWO
### (Identity Fraud)

4.   The Grand Jury realleges the facts alleged in paragraphs 1 through 3 of this Indictment, incorporating the same by reference herein.

5.   From on or about September 9, 2005, through and including on or about January 27, 2006, in the Northern District of Georgia and elsewhere, the defendant, CHRISTOPHER FRANCIS LAZZARO, knowingly used in and affecting interstate commerce and without lawful authority a means of identification of another person with the intent to commit an unlawful activity that constitutes a violation of Federal law, namely, wire fraud, as set forth in Count One of this Indictment, which are incorporated herein by reference, in violation of Title 18, United States Code, Section 1028(a)(7).

## COUNT THREE
### (Spamming)

6.   From on or about September 9, 2005, through and including on or about January 27, 2006, in the Northern District of Georgia and elsewhere, the defendant, CHRISTOPHER FRANCIS LAZZARO, did knowingly and materially falsify header information in multiple commercial electronic mail messages and did knowingly and intentionally initiate the transmission of such messages in furtherance of the scheme to commit wire fraud, as alleged in Count One and incorporated by the Grand Jury herein, in violation of

Title 18, United States Code, Sections 1037(a)(3) and (b)(1)(A).

## COUNTS FOUR THROUGH EIGHT
(Aggravated Identity Theft)

7. On or about the dates set forth below, within the Northern District of Georgia and elsewhere, the defendant, CHRISTOPHER FRANCIS LAZZARO, did knowingly use, without lawful authority, a means of identification of another person, to wit, their name and credit card number as listed below, during and in relation to a violation of 18 U.S.C. § 1343, to wit, wire fraud:

| Count | Date | Victim's Name | Victim's Credit Card Number |
|---|---|---|---|
| 4 | 11/23/05 | R.J. | M.C. xxxxxxxxxx8597 |
| 5 | 11/30/05 | R.M. | Visa xxxxxxxxxx1085 |
| 6 | 1/23/06 | T.L. | Visa xxxxxxxxxx6349 |
| 7 | 12/14/05 | T.N-S. | VISA xxxxxxxxxx4157 |
| 8 | 1/21/06 | J.P. | VISA xxxxxxxxxx2911 |

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE PROVISION

1. Upon conviction of one or more of the offenses alleged in Counts one, two, or four through eight of this Indictment, the defendant, CHRISTOPHER FRANCIS LAZZARO, shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(2), 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) all property constituting or derived from

proceeds he obtained directly or indirectly as a result of the offenses, including, but not limited to a sum of money representing the amount of proceeds obtained as a result of the offense.

2. Upon conviction of the offense alleged in Count three of this Indictment, the defendant, CHRISTOPHER FRANCIS LAZZARO, shall forfeit to the United States pursuant to 18 U.S.C. § 1037(c), any property, real or personal, constituting or traceable to gross proceeds obtained from such offense and any equipment, software, or other technology used or intended to be used to commit or to facilitate the commission of such offense including, but not limited to, a sum of money representing the amount of proceeds obtained as a result of the offense.

3. If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been co-mingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant Title 21 United States Code,

Section 853(p), as incorporated by Title 18 United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A ____True____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

_____
AARON M. DANZIG
ASSISTANT UNITED STATES ATTORNEY

75 Spring Street, S.W.. Suite 600
Atlanta, GA 30303
Telephone 404/581-6012
Facsimile 404/581-6181
Georgia Bar No. 205151

U.S. Department of Justice  
United States Attorney  
Case 5:08-cr-00017-JF  Document 13  Filed 02/11/2008  Page 11 of 19  
ORIGINAL  
FILED IN OPEN COURT  
U.S.D.C ATLANTA  
AUG 1 4 2007  
JAMES N. HATTEN, CLERK  
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

DIVISION __Atlanta__  
(USAO 2005R00625)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT**

COUNTY NAME: __Fulton__

DISTRICT COURT NO. __1:07-CR-274__

MAGISTRATE CASE NO. _____

| | | |
|---|---|---|
| _X_ Indictment | __ Information | __ Magistrate's Complaint |
| DATE: August 14, 2007 | DATE: | DATE: |

| UNITED STATES OF AMERICA vs. **CHRISTOPHER FRANCIS LAZZARO** | SUPERSEDING<br>Prior Case No. & Date Filed |
|---|---|

VIOLATION: 18:1343    18:1028(a)(7)    18:1037(a)(1), (b)(2)(A), (b)(2)(C) and (b)(2)(E)    18:1028A(a)(1)

COUNTS CHARGED: 8  
(as to deft)

TOTAL COUNTS: 8  
(as to deft)

GREATER OFFENSE CHARGED:  
_X_ Felony    __ Misdemeanor

**DEFENDANT:**

**IS NOT IN CUSTODY:**

1. _X_ Has not been arrested pending outcome of this proceeding.  
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____  
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____  
Are there any outstanding warrants in this proceeding __ Yes __ No  
Date: _____    Issued by: _____

**IS IN CUSTODY:**

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No  
   __ Federal    __ State  
   If Yes, show name of institution _____  
   Has detainer been filed __ Yes    __ No  
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____<br>JUDGE: _____<br>A.U.S.A.: **AARON M. DANZIG**<br>DEFT'S ATTY: _____ |
|---|---|

DAVID E. NAHMIAS  
UNITED STATES ATTORNEY  
BY: __AARON M. DANZIG__  
Assistant United States Attorney  
DATE: __August 14, 2007__

cc: Orig - Court file  
Copy - U.S. ATTORNEY  
Copy - Defense Attorney

**ORIGINAL**

U.S. Department of Justice
United States Attorney
Northern District of Georgia

# United States District Court
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

FILED IN OPEN COURT
U.S.D.C ATLANTA

AUG 1 4 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

United States

v.

CHRISTOPHER FRANCIS LAZZARO
**Agent to Arrest**

No. 1 07-CR-274

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

_____
AARON M. DANZIG
Assistant United States Attorney

Filed In Clerk's Office, this _____
of _____, 2007

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
8/15/07
BY: _____
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94

3



**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

---

*Aaron M. Danzig*
*Assistant U.S. Attorney*
*(404)581-6012*

*600 Richard Russell Building*
*75 Spring Street, S.W.*
*Atlanta, Georgia 30303*

*Facsimile (404)581-6181*

November 8, 2007

Julee Smiley, Courtroom Deputy to
The Honorable Timothy C. Batten, Sr.
1756 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

Debbie Schrepfer, Courtroom Deputy to
The Honorable Jack T. Camp
2142 U. S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

Kay Bates, Courtroom Deputy to
The Honorable Julie E. Carnes
2167 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

Patsy Springs, Courtroom Deputy to
The Honorable Clarence Cooper
1701 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

Jessica Birnbaum, Courtroom Deputy to
The Honorable William S. Duffey, Jr.
1721 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303

Pamela Wright, Courtroom Deputy to
The Honorable Beverly B. Martin
2388 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

Regena Martin, Courtroom Deputy to

The Honorable Charles A. Pannell, Jr.
2367 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

Sheila Sewell, Courtroom Deputy to
The Honorable Thomas W. Thrash, Jr.
2188 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

Jill Ayers, Courtroom Deputy to
The Honorable Robert L. Vining, Jr.
United States Courthouse
600 East First Street
Rome, GA 30161

Suzy Edwards, Courtroom Deputy to
The Honorable Gerrilyn G. Brill
1837 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

Carole Burks, Courtroom Deputy to
The Honorable C. Christopher Hagy
1756 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

Kari Butler, Courtroom Deputy to
The Honorable Walter E. Johnson
United States Courthouse
600 East First Street
Rome, GA 30161

Lavonia Wade-Childs, Courtroom Deputy to
The Honorable Janet F. King

4

2007 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

Angela Smith, Courtroom Deputy to
The Honorable E. Clayton Scofield, III
1807 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

Sonya Lee-Coggins, Courtroom Deputy to
The Honorable Linda T. Walker
1629 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

RE:   Leave of Absence for AUSA Aaron M. Danzig

     United States v. Rembert, et al. 1:07-CR-32-TCB-LTW
     United States v. Richard, 1:07-CR-363-TCB

     United States v. Anderson, 1:92-CR-048-JTC
     United States v. Harper, et al., 1:06-CR-431-JTC-LTW
     United States v. Wheat, et al., 1:06-CR-382-JTC-LTW
     United States v. Roberts, et al., 1:05-CR-175-JTC-CCH

     United States v. Tran 1:04-CR-406-JEC-LTW

     United States v. Harris, 1:07–CR-287-CC-ECS
     United States v. Scott, et al., 1:07-CR-139-CC-GGB

     United States v. Christou, 1:06-CR-483-WSD-LTW
     United States v. Kearns 1:05-CR-146-WSD

     United States v. Howie, 1:05-CR-170-BBM-JFK
     United States v. Hurley, et al., 1:07-CR-221-BBM-LTW

     United States v. Kapordelis 1:04-CR-249-CAP-GGB

     United States v. Freeday, 1:07-CR-357-TWT-JFK
     United States v. Mooney, 1:07-CR-060-TWT-CCH
     United States v. North, 1:03-CR-413-TWT

     United States v. Lazzaro, 1:07-CR-274 (Unassigned)



**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

*Suite 600 Richard Russell Building   Telephone (404)581-6000*
*75 Spring Street, S.W.                              Fax (404)581-6181*
*Atlanta, Georgia 30303*

November 28, 2007

James N. Hatten
Clerk of the Court
2212 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303

    Re:  *United States v. Christopher Lazzaro*
         Criminal Action No. 1:07-CR-274
         Substitution of Counsel

Dear Mr. Hatten:

    This is to notify you that the above-styled case has been transferred from Assistant U.S. Attorney Aaron M. Danzig to Assistant U.S. Attorney Larry Sommerfeld, telephone number 404/581-6188. I request papers and pleadings in this action be served upon me as counsel of record for the United States from this date forward.

                                    Sincerely,

                                    DAVID E. NAHMIAS
                                  UNITED STATES ATTORNEY


                                /S/LAWRENCE R. SOMMERFELD
                                LAWRENCE R. SOMMERFELD
                                ASSISTANT U.S. ATTORNEY


cc:  Cynthia Liu, Defense Counsel
     Courtroom Deputy
     Criminal Docketing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
CLERK OF COURT

CRIMINAL SECTION
404-215-1615

February 1, 2008

United States District Court
Northern District of California
Office of the Clerk
280 South First Street
San Jose, CA 95113

RE:   *USA v. Christopher Francis Lazzaro*
      **Criminal Case No. 1:07-cr-274-JTC**

Dear Clerk:

Pursuant to Rule 20 proceedings entered into and filed with this Court, please find enclosed the indictment and case file together with a certified copy of our docket sheet and the Rule 20 consent form.

Please acknowledge receipt on the duplicate copy of this letter as provided, indicating your assigned case number.

Sincerely,

James N. Hatten
Clerk of Court

By /s/ Robin Y. Chambers
Deputy Clerk

Enclosure
c: AUSA, David E. Nahmias

CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:07-cr-00274-JTC All Defendants
# Internal Use Only

Case title: USA v. Lazzaro

Date Filed: 08/16/2007
Date Terminated: 01/28/2008

Assigned to: Judge Jack T. Camp

**Defendant (1)**

**Christopher Francis Lazzaro**
*TERMINATED: 01/28/2008*

represented by **Christopher Francis Lazzaro**
PRO SE

**Pending Counts**

None

**Disposition**

ATTEST: A TRUE COPY
CERTIFIED THIS

FEB 01 2008

James N. Hatten, Clerk
By: [signature]
Deputy Clerk

**Highest Offense Level (Opening)**

None

**Terminated Counts**

18:1343 FRAUD BY WIRE, RADIO,
OR TELEVISION
(1)

18:1028 (a)(7) FRAUD WITH
IDENTIFICATION DOCUMENTS
(2)

18:1037(a)(3) and (b)(1)(A) FRAUD
AND RELATED ACTIVITY IN
CONNECTION W/ELECTRONIC
MAIL
(3)

18:1028A(a)(1) FRAUD WITH
IDENTIFICATION DOCUMENTS
(4-8)

**Disposition**

Consent to Transfer of Rule 20 Out

Consent to Transfer of Rule 20 Out

Consent to Transfer of Rule 20 Out

Consent to Transfer of Rule 20 Out

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                              **Disposition**

None

**Plaintiff**

USA                                        represented by  **Aaron M. Danzig**
                                                           Office of United States Attorney
                                                           75 Spring Street, S.W.
                                                           600 United States Courthouse
                                                           Atlanta, GA 30303
                                                           404-581-6012
                                                           Email: aaron.danzig@usdoj.gov
                                                           *TERMINATED: 11/29/2007*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Lawrence R. Sommerfeld**
                                                           Office of United States Attorney
                                                           75 Spring Street, S.W.
                                                           600 United States Courthouse
                                                           Atlanta, GA 30303
                                                           404-581-6000
                                                           Email:
                                                           Lawrence.Sommerfeld@usdoj.gov
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2007 | 1 | INDICTMENT as to Christopher Francis Lazzaro (1) counts 1-8 with FORFEITURE PROVISION. (bdb) (Entered: 08/16/2007) |
| 08/14/2007 | 2 | Defendant Information Sheet as to Christopher Francis Lazzaro. (bdb) (Entered: 08/16/2007) |
| 08/14/2007 | 3 | Praecipe filed. Arrest Warrant Issued as to Christopher Francis Lazzaro and delivered to USM on 8/15/07. (bdb) (Entered: 08/16/2007) |
| 11/08/2007 | 4 | Notice for Leave of Absence for the following date(s): November 19, 2007 through November 23, 2007, by Aaron M. Danzig. (Danzig, Aaron) (Entered: 11/08/2007) |
| 11/29/2007 | 5 | Certification of Consent to Substitution of Counsel for USA as to Christopher Francis Lazzaro. Lawrence R. Sommerfeld replacing attorney Aaron M. Danzig. (Sommerfeld, Lawrence) (Entered: 11/29/2007) |

| 01/28/2008 | | Case as to Christopher Francis Lazzaro Assigned to Judge Jack T. Camp. Judge Unassigned no longer assigned to the case. (ryc) (Entered: 02/01/2008) |
|---|---|---|
| 01/28/2008 | 6 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to USDC, for the Northern District of California, San Jose. Counts closed as to Christopher Francis Lazzaro (1) Count(s) 1,2,3,4-8. (Attachments: # 1 Rule 20 Transfer Notice, # 2 Cover Letter) (ryc) (Entered: 02/01/2008) |
| 02/01/2008 | 7 | Transmitted Consent to Transfer of Case for Plea and Sentence under Rule 20 as to Christopher Francis Lazzaro, to the USDC for Northern District of California, San Jose with original case file, certified copy of Consent to Transfer and docket sheet. (ryc) (Entered: 02/01/2008) |