BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LAZZARO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00017 JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING |
| vs. ) | |
| ) | |
| CHRISTOPHER FRANCIS LAZZARO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

The parties hereby stipulate that the status hearing currently set for Wednesday, March 5, 2008 may be continued to Wednesday, April 9, 2008 at 9:00 a.m.  The reason for the requested continuance is to permit the parties to finalize their tentative settlement agreement and to accommodate defense scheduling conflicts in late March.  The parties further stipulate that 35 days may be excluded from the time within which trial shall commence, as reasonable time necessary for effective preparation and for continuity of counsel, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Stipulation and [Proposed] Order Continuing
Hearing
CR 08-00017 JF                                              1

1 | Dated: February 29, 2008

2 | s/_____
SHAWNA YEN
Assistant United States Attorney

4 | Dated: February 29, 2008

5 | s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for Wednesday, March 5, 2008 shall be continued to Wednesday, April 9, 2008 at 9:00 a.m.

It is further ordered that 35 days shall be excluded from the time within which trial shall commence, as the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and for continuity of counsel, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: _____, 2008

_____
JEREMY FOGEL
United States District Judge