UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, April 9, 2008
**Case Number:** CR-08-00017-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:    **UNITED STATES OF AMERICA V. CHRISTOPHER LAZZARO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Christopher Lazzaro |
| Attorneys Present: Shawna Yen | Attorneys Present: Cynthia Lie |

PROCEEDINGS:

Status review hearing held. Counsel and defendant are present. Continued to 5/21/08 at 9:00 a.m. for further status review. 42 days are excluded for the reasons stated.