## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, May 21, 2008
**Case Number:** CR-08-00017-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. CHRISTOPHER LAZZARO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Christopher Lazzaro |
| **Attorneys Present:** Shawna Yen | **Attorneys Present:** Cynthia Lie |

PROCEEDINGS:

Disposition hearing held. Counsel and defendant are present. Defendant pleads guilty to count 4 of the Indictment. Continued to 9/10/08 at 9:00 a.m. for judgment and sentencing. The remaining counts are submitted.