1   BARRY J. PORTMAN
    Federal Public Defender
2   CYNTHIA C. LIE
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant LAZZARO

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )    No. CR-08-00017 JF
                                       )
11            Plaintiff,               )    *EX PARTE* APPLICATION FOR TRAVEL
                                       )    AUTHORIZATION AND TEMPORARY
12  vs.                                )    RETURN OF PASSPORT
                                       )
13  CHRISTOPHER LAZZARO,               )    **Hon. Patricia V. Trumbull**
                                       )
14            Defendant.               )
    _____)
15
          Defendant Christopher Lazzaro hereby requests that the Order Setting Conditions of
16
    Release issued by this Court on September 13, 2007 be modified to permit him to travel by air
17
    from the Northern District of California to Cleveland, Ohio from June 27 to July 5, 2008 and
18
    from the Northern District of California to Cancun, Mexico from July 6 to July 13, 2008.  This
19
    application is based upon the attached declaration of counsel.
20

21  Dated: June 4, 2008

22                                     Respectfully submitted,

23                                     BARRY J. PORTMAN
                                       Federal Public Defender
24

25                                     s/
                                       CYNTHIA C. LIE
26                                     Assistant Federal Public Defender