BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant LAZZARO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER LAZZARO, <br><br> Defendant. | No. CR-08-00017 JF <br><br> DECLARATION OF COUNSEL IN SUPPORT OF *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION AND TEMPORARY RETURN OF PASSPORT <br><br> **Hon. Patricia V. Trumbull** |

I, Cynthia C. Lie, hereby declare as follows:

1. I am the Assistant Federal Public Defender appointed to represent Christopher Lazzaro in the above-captioned matter.

2. On September 13, 2007, this Court released Mr. Lazzaro on a $50,000 personal recognizance bond secured by his signature and established conditions of pretrial release. Among those conditions is a travel restriction to the Northern District of California and the surrender of Mr. Lazzaro's United States Passport. Mr. Lazzaro surrendered his passport to the Clerk of Court on the following day.

3. On May 21, 2008, Mr. Lazzaro entered a plea of guilty, pursuant to a written plea agreement, to a single count of aggravated identity theft in violation of Title 18, United States

1  Code Section 1028A, in a prosecution originating in the Northern District of Georgia and
2  subsequently transferred to this district pursuant to Rule 20 of the Federal Rules of Criminal
3  Procedure.  He is scheduled to be sentenced on Wednesday, September 10, 2008 at 9:00 a.m.,
4  and anticipates receiving a sentence of 2 years in the custody of the Bureau of Prisons, the
5  mandatory minimum (and maximum) sentence for the charge of conviction, as well as a
6  stipulated restitution order.

7        4.      On May 22, 2008, Mr. Lazzaro informed me of his wish to vacation in Cleveland,
8  Ohio, and Cancun, Mexico in late June and early July of this year, subject to the Court's approval
9  and the return of his passport.  According to Mr. Lazzaro's proposed itinerary, he would fly from
10 the Northern District of California to Cleveland on June 27, 2008 and return on July 5, 2008,
11 then fly from the Northern District of California to Cancun, Mexico on July 6, 2008 and return
12 on July 13, 2008.  Mr. Lazzaro is scheduled to be interviewed by the United States Probation
13 Office on Monday, July 14, 2008 at 11:00 a.m.

14       5.      I am informed and believe that Mr. Lazzaro's father, Frank Lazzaro, will be
15 paying for his son's travel and will be accompanying him to Cleveland to visit members of the
16 extended family.  I am further informed and believe that Mr. Lazzaro will be accompanied by his
17 domestic partner, Kaly Mariano, for the proposed Mexico travel, which likewise is to be
18 subsidized by Mr. Lazzaro's father as an early Christmas and birthday gift for the next two years.
19 I am further informed and believe that Frank Lazzaro is prepared to act as a surety for his son
20 during the period of the proposed travel, in the event that the Court finds this to be necessary.

21       6.      On May 28, I spoke with Assistant United States Attorney Shawna Yen regarding
22 Mr. Lazzaro's request.  Ms. Yen indicated that she was inclined to oppose Mr. Lazzaro's request,
23 but that she would consult with United States Pretrial Services Officer Jaime Carranza regarding
24 the proposed travel.  Ms. Yen expressed her belief that, statistically speaking, the risk of flight is
25 greater following conviction, and that the nonessential nature of the proposed travel made it
26 inadvisable in a case in which the Court had seen fit to impose a travel restriction.

Declaration in Support of *Ex Parte* Application
for Travel Authorization      2

7. On June 4, 2008, I spoke with Mr. Carranza, who indicated that he was not opposed to any aspect of Mr. Lazzaro's travel request, provided that Mr. Lazzaro provide his itinerary to Pretrial Services prior to departure and recontact Pretrial Services upon his return. Mr. Carranza further indicated that Mr. Lazzaro was in full compliance with his conditions of release.

8. Following my conversation with Mr. Carranza, Ms. Yen contacted me to report that she had spoken with him as well. Ms. Yen indicated that she would no longer oppose to the proposed travel to Cleveland, but that she would continue to oppose the proposed travel to Mexico, with or without Frank Lazzaro's participation as a co-surety. Ms. Yen agreed, however, that no hearing on this request is necessary, from the government's perspective, although she reserves the right to file a response to this application and declaration by Friday, June 6, 2008.

I declare that the foregoing is true and correct and of my personal knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

Executed this 4th of June 2008 in San Jose, California.

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender