1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,           )   No. CR-08-00017 JF
                                        )
11          Plaintiff,                  )   [PROPOSED] ORDER GRANTING *EX
                                        )   PARTE* APPLICATION FOR TRAVEL
12  vs.                                 )   AUTHORIZATION AND TEMPORARY
                                        )   RETURN OF PASSPORT
13  CHRISTOPHER FRANCIS LAZZARO,        )
                                        )   **Hon. Patricia V. Trumbull**
14          Defendant.                  )
    _____)
15

16      Good cause appearing, it is hereby ordered that the Order Setting Conditions of Release

17  and Appearance Bond issued September 13, 2007 shall be modified as follows:

18      Defendant Christopher Lazzaro shall be permitted to travel from the Northern District of

19  California to Cleveland, Ohio from June 27, 2008 to July 5, 2008;

20      Mr. Lazzaro shall further be permitted to travel from the Northern District of California

21  to Cancun, Mexico from July 6 to July 13, 2008, and shall be permitted to collect his United

22  States passport from the Clerk of the Court for this purpose prior to his June 26, 2008 departure

23  date;

24      Mr. Lazzaro shall provide his itinerary and local contact information to United States

25  Pretrial Services prior to his departure from the Northern District of California, and shall contact

26  Pretrial Services on Monday, July 14, 2008, the day following his return;

[Proposed] Order Granting *Ex Parte* Application
for Travel Authorization                          1

1  Mr. Lazzaro shall re-surrender his passport to the Clerk of the Court on Monday, July 14, 2008, the day following his return.

All other conditions of release ordered September 13, 2007 remain in full force and effect.

Dated: June ____, 2008

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge