E-FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER FRANCIS LAZZARO,<br><br>    Defendant. | No. CR-08-00017 JF<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION AND TEMPORARY RETURN OF PASSPORT<br><br>**Hon. Patricia V. Trumbull** |

Good cause appearing, it is hereby ordered that the Order Setting Conditions of Release and Appearance Bond issued September 13, 2007 shall be modified as follows:

Defendant Christopher Lazzaro shall be permitted to travel from the Northern District of California to Cleveland, Ohio from June 27, 2008 to July 5, 2008;

~~Mr. Lazzaro shall further be permitted to travel from the Northern District of California to Cancun, Mexico from July 6 to July 13, 2008, and shall be permitted to collect his United States passport from the Clerk of the Court for this purpose prior to his June 26, 2008 departure date;~~

Mr. Lazzaro shall provide his itinerary and local contact information to United States Pretrial Services prior to his departure from the Northern District of California, and shall contact Pretrial Services ~~on Monday, July 14, 2008, the day~~ Monday July 7, 2008 following his return from Ohio.

[Proposed] Order Granting *Ex Parte* Application
for Travel Authorization                                                  1

1  ~~Mr. Lazzaro shall re-surrender his passport to the Clerk of the Court on Monday, July 14,~~
2  ~~2008, the day following his return.~~  PVT

3  All other conditions of release ordered September 13, 2007 remain in full force and
4  effect.

7  Dated: June 6, 2008

PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order Granting *Ex Parte* Application
for Travel Authorization                    2