1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LAZZARO

6

7
                 IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,           )   No. CR-08-00017 JF
                                       )
11            Plaintiff,               )   *EX PARTE* APPLICATION FOR TRAVEL
                                       )   AUTHORIZATION
12 vs.                                 )
                                       )   **Hon. Patricia V. Trumbull**
13 CHRISTOPHER LAZZARO,                )
                                       )
14            Defendant.               )
   _____)

15
            Defendant Christopher Lazzaro hereby requests that the Order Granting *Ex Parte*
16
   Application for Travel Authorization issued June 6, 2008 be modified to permit him to travel by
17
   air from the Northern District of California to Cleveland, Ohio from June 27 to July 1, 2008,
18
   from Cleveland, Ohio to New York City, from July 1 to July 5, 2008, and return from New York
19
   via Newark, New Jersey to the Northern District of California on July 5, 2008.  This application
20
   is based upon the attached declaration of counsel.
21
   Dated: June 24, 2008
22
                                         Respectfully submitted,
23
                                         BARRY J. PORTMAN
24                                       Federal Public Defender

25                                       s/
                                         CYNTHIA C. LIE
26                                       Assistant Federal Public Defender