1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LAZZARO

6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           )    No. CR-08-00017 JF
11                                      )
                    Plaintiff,          )    DECLARATION OF COUNSEL IN
12                                      )    SUPPORT OF *EX PARTE* APPLICATION
   vs.                                  )    FOR TRAVEL AUTHORIZATION
13                                      )
   CHRISTOPHER LAZZARO,                 )    **Hon. Patricia V. Trumbull**
14                                      )
                    Defendant.          )
15  _____ )

16
          I, Cynthia C. Lie, hereby declare as follows:
17
          1.      I am the Assistant Federal Public Defender appointed to represent Christopher
18
   Lazzaro in the above-captioned matter.
19
          2.      On September 13, 2007, this Court released Mr. Lazzaro on a $50,000 personal
20
   recognizance bond secured by his signature and established conditions of pretrial release.
21
   Among those conditions is a travel restriction to the Northern District of California and the
22
   surrender of Mr. Lazzaro's United States Passport.  Mr. Lazzaro surrendered his passport to the
23
   Clerk of Court on the following day.
24
          3.      On May 21, 2008, Mr. Lazzaro entered a plea of guilty, pursuant to a written plea
25
   agreement, to a single count of aggravated identity theft in violation of Title 18, United States
26

1    Code Section 1028A, in a prosecution originating in the Northern District of Georgia and

2    subsequently transferred to this district pursuant to Rule 20 of the Federal Rules of Criminal

3    Procedure.  He is scheduled to be sentenced on Wednesday, September 10, 2008 at 9:00 a.m.,

4    and anticipates receiving a sentence of 2 years in the custody of the Bureau of Prisons, the

5    mandatory minimum (and maximum) sentence for the charge of conviction, as well as a

6    stipulated restitution order.

7         4.     On June 6, 2008, this Court granted Mr. Lazzaro's ex parte application for

8    authorization to travel to Cleveland, Ohio from June 27, 2008 to July 5, 2008, but denied his

9    request for additional authorization to travel to Cancun, Mexico.

10        5.     I am informed and believe that Mr. Lazzaro still intends to travel to Cleveland, but

11   that his father and he wish to use some of the time previously allocated for this travel to visit

12   additional family members in New York City.  According to the revised itinerary, Mr. Lazzaro

13   and his father would travel by air from Cleveland to New York City on July 1, 2008, remain in

14   New York City until July 5, 2008, at which time they would travel by ground transportation to

15   Newark, New Jersey, and fly back from Newark to the Northern District of California the same

16   day.

17        6.     On June 16, 2008, Assistant United States Attorney Shawna Yen indicated to me

18   that she did not oppose the requested modification.

19        7.     On June 24, 2008, Supervising United States Pretrial Officer Jaime Carranza

20   indicated that he did not oppose the requested modification

21        I declare that the foregoing is true and correct and of my personal knowledge, except as to

22   those matters stated on information and belief, and as to those matters, I believe them to be true.

23        Executed this 24th day of June 2008 in San Jose, California.

24                                  s/_____
                                    CYNTHIA C. LIE
25                                  Assistant Federal Public Defender

26

Declaration in Support of *Ex Parte* Application
for Travel Authorization                      2