IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00017 JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION |
| vs. | ) | |
| | ) | |
| CHRISTOPHER FRANCIS LAZZARO, | ) | **Hon. Patricia V. Trumbull** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing, it is hereby ordered that the Order Setting Conditions of Release and Appearance Bond issued September 13, 2007 and Order Granting Ex Parte Application for Travel Authorization issued June 6, 2008 shall be modified as follows:

Defendant Christopher Lazzaro shall be permitted to travel from the Northern District of California to Cleveland, Ohio from June 27, 2008 to July 1, 2008;

Mr. Lazzaro shall further be permitted to travel from Cleveland, Ohio to New York, New York from July 1 to July 5, 2008;

Mr. Lazzaro shall further be permitted to travel from New York, New York, to Newark, New Jersey on July 5, 2008, from whence he shall return by air to the Northern District of California.

Mr. Lazzaro shall provide his itinerary and local contact information to United States

[Proposed] Order Granting *Ex Parte* Application
for Travel Authorization                           1

1  Pretrial Services prior to his departure from the Northern District of California, and shall contact
2  Pretrial Services on Monday, July 7, 2008, following his return;
3      All other conditions of release ordered September 13, 2007 remain in full force and
4  effect.

7  Dated: June ____, 2008

   _____
   PATRICIA V. TRUMBULL
   United States Magistrate Judge