1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   No. CR-08-00017 JF
                                     )
11              Plaintiff,           )   [XXXXXXXXX] ORDER GRANTING *EX
                                     )   PARTE* APPLICATION FOR TRAVEL
12  vs.                              )   AUTHORIZATION
                                     )
13  CHRISTOPHER FRANCIS LAZZARO,     )   **Hon. Patricia V. Trumbull**
                                     )
14              Defendant.           )
    _____)
15

16      Good cause appearing, it is hereby ordered that the Order Setting Conditions of Release

17  and Appearance Bond issued September 13, 2007 and Order Granting Ex Parte Application for

18  Travel Authorization issued June 6, 2008 shall be modified as follows:

19      Defendant Christopher Lazzaro shall be permitted to travel from the Northern District of

20  California to Cleveland, Ohio from June 27, 2008 to July 1, 2008;

21      Mr. Lazzaro shall further be permitted to travel from Cleveland, Ohio to New York, New

22  York from July 1 to July 5, 2008;

23      Mr. Lazzaro shall further be permitted to travel from New York, New York, to Newark,

24  New Jersey on July 5, 2008, from whence he shall return by air to the Northern District of

25  California.

26      Mr. Lazzaro shall provide his itinerary and local contact information to United States

[Proposed] Order Granting *Ex Parte* Application
for Travel Authorization                         1

1 | Pretrial Services prior to his departure from the Northern District of California, and shall contact
2 | Pretrial Services on Monday, July 7, 2008, following his return;
3 |     All other conditions of release ordered September 13, 2007 remain in full force and
4 | effect.

7 | Dated: June __24__, 2008

*Patricia V. Trumbull* (signature)
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order Granting *Ex Parte* Application
for Travel Authorization       2