UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Filed**
AUG 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA,
    Plaintiff;

- vs -

CHRISTOPHER FRANCIS LAZZARO

    Defendant.

Docket No. CR 08-00017-JF

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 10th day of September 2008, be continued until the 1st day of October 2008, at 9:00 a.m.

_____8/13/08_____  
DATE

_____  
JEREMY FOGEL  
United States District Judge