BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LAZZARO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-00017 JF |
|---|---|---|
| Plaintiff, | ) | *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION |
| vs. | ) | **Hon. Patricia V. Trumbull** |
| CHRISTOPHER LAZZARO, | ) | |
| Defendant. | ) | |

Defendant Christopher Lazzaro hereby requests that the Order Setting Conditions of Release and Appearance Bond issued September 13, 2007 be modified to permit him to travel by air from the Northern District of California to New York, New York from September 3 to 8, 2008, and to stop en route as needed to make transfers required by his air carrier.  This application is based upon the attached declaration of counsel.

Dated: August 20, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

s/
CYNTHIA C. LIE
Assistant Federal Public Defender