BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LAZZARO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00017 JF |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL IN |
| ) | SUPPORT OF *EX PARTE* APPLICATION |
| vs. ) | FOR TRAVEL AUTHORIZATION |
| ) | |
| CHRISTOPHER LAZZARO, ) | **Hon. Patricia V. Trumbull** |
| ) | |
| Defendant. ) | |
| _____ ) | |

I, Cynthia C. Lie, hereby declare as follows:

1. I am the Assistant Federal Public Defender appointed to represent Christopher Lazzaro in the above-captioned matter.

2. On September 13, 2007, this Court released Mr. Lazzaro on a $50,000 personal recognizance bond secured by his signature and established conditions of pretrial release. Among those conditions is a travel restriction to the Northern District of California and the surrender of Mr. Lazzaro's United States Passport.  Mr. Lazzaro surrendered his passport to the Clerk of Court on the following day.

3. On May 21, 2008, Mr. Lazzaro entered a plea of guilty, pursuant to a written plea agreement, to a single count of aggravated identity theft in violation of Title 18, United States

Declaration in Support of *Ex Parte* Application
for Travel Authorization                                                  1

1  Code Section 1028A, in a prosecution originating in the Northern District of Georgia and
2  subsequently transferred to this district pursuant to Rule 20 of the Federal Rules of Criminal
3  Procedure.  He is scheduled to be sentenced on Wednesday, October 1, 2008 at 9:00 a.m., and
4  anticipates receiving a sentence of 2 years in the custody of the Bureau of Prisons, the mandatory
5  minimum (and maximum) sentence for the charge of conviction, as well as a stipulated
6  restitution order.

7      4.   On August 5, 2008, Mr. Lazzaro indicated to me that he hoped to travel by air to
8  New York City from September 1, 2008 to September 9, 2008, for his second week of annual
9  leave (the first of which he spend in Cleveland, Ohio and New York with this Court's permission
10 in early July 2008), but that his precise itinerary was still to be finalized.

11     5.   I am informed and believe that on August 6, 2008, Assistant United States
12 Attorney Shawna Yen and Supervising United States Pretrial Officer Jaime Carranza each
13 indicated to my legal assistant that they had no objection to the proposed travel.

14     6.   On August 20, 2008, Mr. Lazzaro faxed me his travel itinerary, which calls for
15 him to fly from San Francisco to New York's La Guardia airport on September 3, 2008, with a
16 transfer in Minneapolis - St. Paul, and to return from New York to San Francisco on September
17 8, 2008, with a transfer at Detroit Wayne County airport.

18     I declare that the foregoing is true and correct and of my personal knowledge, except as to
19 those matters stated on information and belief, and as to those matters, I believe them to be true.
20     Executed this 20th day of August 2008 in San Jose, California.

21                            s/_____
                               CYNTHIA C. LIE
22                            Assistant Federal Public Defender