**FILED**

AUG 22 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER FRANCIS LAZZARO,<br><br>Defendant. | No. CR-08-00017 JF<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION<br><br>**Hon. Patricia V. Trumbull** |

Good cause appearing, it is hereby ordered that the Order Setting Conditions of Release and Appearance Bond issued September 13, 2007 shall be modified as follows:

Defendant Christopher Lazzaro shall be permitted to travel by air from the Northern District of California to New York, New York from September 3 to 8, 2008, and to stop en route as needed to make flight transfers required by his air carrier;

Mr. Lazzaro shall provide his itinerary and local contact information to United States Pretrial Services prior to his departure from the Northern District of California, and shall contact Pretrial Services on the first court day following his return;

All other conditions of release ordered September 13, 2007 remain in full force and effect.

August 22, 2008

*/s/ Patricia V. Trumbull*
U.S. Magistrate Judge

[Proposed] Order Granting *Ex Parte* Application
for Travel Authorization                                1