BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LAZZARO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00017 JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER RE RESTITUTION AND |
| vs. ) | INTEREST |
| ) | |
| CHRISTOPHER LAZZARO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

As to the restitution ordered by this Court on October 1, 2008, defendant Christopher Lazzaro and the government hereby stipulate that the first $10,000 of payments shall be disbursed first to Leticia Burdett ($5,321.55) and to the U.S. District Clerk's Office ($4,678.45 in trust pending identification of additional individual victims), and that corporate victim Earthlink, Inc. ($49,869.28) shall be third in the priority order of payment.

Th parties further stipulate and agree, pursuant to 18 U.S.C. §3612(f)(3), that Mr. Lazzaro does not have the ability to pay interest and that the interest requirement for the restitution ordered October 1, 2008 may therefore be waived as to the $49,869.28 payable to Earthlink, Inc. and that the interest for the balance of the restitution may also be waived, provided that Mr. Lazzaro makes a restitution payment of $10,000 no later than October 31, 2008.

Stipulation and [Proposed] Order re Restitution             1

Dated: October 22, 2008

                                            s/_____
                                            CYNTHIA C. LIE
                                            Assistant Federal Public Defender

Dated: October 23, 2008

                                            s/_____
                                            SHAWNA YEN
                                            Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that restitution shall be payable in the following order of priority:

(1)    Letitia Burdett                                                               $5,321.55

(2)    United States District Clerk's Office                          $4,678.45
       (pending identification of additional individual victims)

(3)    Earthlink, Inc.                                                             $49,869.28

The Court further finds that the defendant lacks the ability to pay interest and hereby waives the requirement of interest on the $49,869.28 payable to Earthlink, Inc. pursuant to 18 U.S.C. §3612(f)(3). The Court further waives the requirement of interest on the $10,000.00 payable to the individual victims shall be waived, provided that the defendant make a payment of $10,000.00 to the Clerk of the Court no later than October 31, 2008.

It is so ordered.

Dated: ~~October~~ November 5, 2008

                                            _____
                                            JEREMY FOGEL
                                            United States District Judge