| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CHRISTOPHER FRANCIS LAZZARO,<br><br>  Defendant. | No. CR 08-00017 JF<br><br>[PROPOSED] REVISED ORDER AMENDING RESTITUTION ORDER AS TO VICTIM EARTHLINK, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Good cause appearing and by stipulation of the parties, it is hereby ordered that the restitution payment of $49,869.28 to EarthLink, Inc., ordered on October 1, 2008, shall be reduced to $20,000, subject to proof of payment in full by January 17, 2011, in accordance with the civil settlement agreement between defendant Christopher Lazzaro and Earthlink, Inc.

All other terms and conditions of the Order of Judgment and Commitment remain in full force and effect.

Dated: January 7, 2011

_____
HON. JEREMY FOGEL
United States District Judge

[Proposed] Order Amending Restitution Order
CR 08-00017 JF                                                                 1